**WALTON v. CORSICANA TRANSIT CO. et al. (No. 124-2999.)**

(Commission of Appeals of Texas, Section B. June 23, 1920.)

Error to Court of Civil Appeals of Sixth Supreme Judicial District.

Action by W. W. Walton against the Corsicana Transit Company, the Corsicana Gas & Electric Company, and the Southern Traction Company. On appeal by defendants from judgment for plaintiff, judgment against the Corsicana Gas & Electric Company was reversed and rendered, the appeal of the Transit Company was dismissed, and the judgment as to the Traction Company was affirmed by the Court of Civil Appeals (189 S. W. 307), and plaintiff brings error. Affirmed.

Luther A. Johnson and Richard Mays, both of Corsicana, for plaintiff in error.
McClellan & Prince and Woods & Kerr, all of Corsicana, for defendants in error.

McCLENDON, J. In the opinion of the Supreme Court the decision of the Court of Civil Appeals in this case was correct.

The opinion of the Court of Civil Appeals, reported in 189 S. W. 307, states the nature of the case and the conclusions reached by that court. We refer to that opinion.

We therefore conclude that the judgment of the Court of Civil Appeals should be affirmed.

PHILLIPS, C. J. We approve the judgment recommended in this case.